(Post 11/2015)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**

DEC 1 4 2015

JAMES W. McCORMACK, CLERK

BY: _____
DEPUTY CLERK

UNITED STATES OF AMERICA                          PLAINTIFF

vs.                    NO. 4:14CR00188-08 JLH

WILLIE JOSEPH TYLER, JR.                          DEFENDANT

## WAIVER OF APPEARANCE FOR ARRAIGNMENT
### AND ENTRY OF PLEA OF NOT GUILTY
**(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)**

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1)    Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2)    Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

12-11-2015
Date

12/11/15
Date

_____
Defendant's Signature

_____
Counsel for Defendant's Signature

## ORDER OF COURT

☒    The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐    The defendant's request to waive appearance at the arraignment is hereby DENIED.

12/14/15
Date

_____
Judicial Officer

cc:    All Counsel of Record
       U.S. Probation Office
       U.S. Marshals Service
       Presiding Magistrate Judge